IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREL S. BROOKS,** : | |
| Petitioner, : | |
| : | |
| v. : | Civil No. 2:22-cv-04455-JMG |
| : | |
| **SCOTT KLINEFELTER**, *et al.,* : | |
| Respondents. : | |

# ORDER

**AND NOW**, this 5th day of August, 2025, upon consideration of Petitioner Jerel S. Brooks' Petition for Writ of Habeas Corpus (ECF No. 1), the Commonwealth's Response (ECF No. 16), and the underlying state record, and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga (ECF No. 22), **IT IS HEREBY ORDERED** as follows:

1. That the Report and Recommendation (ECF No. 22) is **APPROVED** and **ADOPTED**[1];
2. The Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] Any objections to Judge Arteaga's Report and Recommendation were due July 14, 2025. As of the date of this Order, no objections have been received by the Court. Were any objections to be raised at this point, they would be deemed untimely.